IN THE UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

ARTHUR LEE GAITHER         :
4913 PLATA STREET          :
CLINTON, MARYLAND 20735  :
                            :
      Plaintiff,            :
                            :
v.                          :    Civil Action No.
                            :
DAVID BARNHARDT, SECRETARY :
UNITED STATES DEPARTMENT   :
OF INTERIOR              :
1849 C STREET, NW          :
WASHINGTON, DC 20240     :
                            :
      Defendant.        :

<u>COMPLAINT</u>

Plaintiff, Arthur Lee Gaither, formerly Lieutenant, United State Park Police, by and through her undersigned counsel, for his Complaint for employment discrimination and harassment based upon his race and color, hereby states as follows:

**PARTIES**

1.    Plaintiff, Arthur Lee Gaither, was at all times relevant hereto an employee of the U.S. Department of Interior as Lieutenant for the United State Park Police.

2.    Defendant, David Barnhardt, in his official capacity is the Secretary of the U.S. Department of Interior, is a federal agency located in Washington, D.C.

**JURISDICTION AND VENUE**

3.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 for claims arising under federal law, i.e., 42 U.S.C. § 2000(e) et. seq.

4.     At all times relevant to this case, Defendant has been an employer and has engaged in an industry affecting commerce, has employed fifteen or more employees, and otherwise has been an employer, within the meaning of 42 U.S.C. Sec 2000(b).

5.     Venue is vested in this Court, since the facts giving rise to this case took place in the District of Columbia.

## PROCEDURAL BACKGROUND

6.     On March 9, 2016, Plaintiff filed his formal Complaint with the Agency, Agency No. DOI-NPS-16-0259, EEOC No. 570-2017-00504X.

7.     On or about June 19, 2019, the Agency entered its Final Order (FAD) finding no discrimination regarding Plaintiff's complaint.

8.     On or about July 8, 2019, Plaintiff filed his appeal to the EEOC, Appeal No. 20190005213.

9.     On June 24, 2020, EEOC issued a decision affirming the Agency's FAD and formally closed the case on June 25, 2020.

## FACTS

10.     Plaintiff at all times relevant hereto was a federal employee who worked for the USPP since 1992 through his forced retirement on or about December 31, 2017.

11.     Prior to his service for the United State Park Police, Plaintiff was a member of the United States Army.

12.     Plaintiff is a Black male.

## Agency Race Based Promotion Practices

13.     As of the time that Lt. Gaither filed his Complaints for failure to promote, there were approximately 28 United States Park Police Officers with the rank of Chief (1), Assistant Chief (1), Deputy Chief (3), Major (11) and Captain (12).

14.     Of those 26 management level employees, only 4 were African American.

15.     Of those 4, 3 hold the rank of Captain (Keith Rogers (now retired), Craig Green and Pamela Smith (promoted to Major).

16.     Only 1, Steve Booker, has the rank of Major (Major Booker was recently promoted to Asst. Chief).

17.     In the last 18 years, only 6 African American officers have held any rank of Major or higher with the United State Park Police.

18.     In each of the five instances where Plaintiff applied for a promotion from Lieutenant to Captain, Respondent selected a white applicant.

19.     Plaintiff was a witness in three separate EEO charges that were pending at the time of each of his non-selections.

20.     Management (the recommending and selecting officials for each of his non-selections) was aware of his EEO activity at the time of his non-selections.

21.     Of the 9 Lieutenants promoted to Captain from September, 2013 through the conclusion of the investigation into Plaintiff's complaint, 7 were white and only 2 were black.

22.     The Agency's promotion process has the appearance that race is the most important factor in determining who gets promoted.  ROI000287.

### Non-Selections
### *Captain, Central District, Icon Protection Branch, Homeland Security Division Position ("Captain, Central District")*

23.     On or about August 14, 2015, USPP issued a vacancy announcement for the Captain, Central District position.

24.     The announcement informed eligible candidates how to apply for the anticipated vacancy.  For example, the announcement stated "[a]ny Lieutenant on the current promotion roster (dated January 14, 2013) interested in a possible promotion to this position should email a letter of interest along with his/her last performance appraisal to Ms. Pamela Blyth at Headquarters no later than the close of business (5:00 p.m. EST) on Friday, August 28, 2015."

25.     Plaintiff submitted a letter of interest for the Captain, Central District position to Ms. Pamela Blyth.  In the letter, Plaintiff stated he "would like this correspondence to serve as [his] official request to be considered for the vacant position of Commander, Central District, Icon Protection Branch, Homeland Security Division."  Plaintiff's letter of interest did not provide additional details on why he was interested in the Captain, Central District position.  Complaint also submitted his 2014 Employee Performance Appraisal Plan ("EPAP") as part of his application.

26.     Plaintiff's 2014-performance rating was 4 out of 5, with 5 being the highest score. ROI at 000308.  This placed Plaintiff in the second highest rating category, "Superior."

27.     In addition, Plaintiff was on the "Well-Qualified" list for a promotion to Captain.

28.     Major Steven Booker was the recommending official for the Captain, Central District position.

29.     As recommending official, Major Booker was responsible for reviewing the applications and making a recommendation as to whom he believed were the best candidates.

30.     Major Booker reviewed each applicant's last performance appraisal, which formed the basis of his recommendation.

31.    Major Booker recommended, in order of preference, the following applicants for the Captain, Central District position (1) Lieutenant Mark Adamchik; (2) Lieutenant Christopher Stock; and (3) Captain Michael Libby.

32.    In his recommending memorandum, Major Booker stated multiple reasons why he believed Lieutenant Adamchik was the best-qualified applicant.

33.    Major Booker made his recommendation up the chain-of-command to Deputy Chief Jackie Burks.

34.    Deputy Chief Burks was responsible for reviewing Major Booker's recommendation and making her own recommendation up the chain-of-command.

35.    Deputy Chief Burks discussed the recommendation with Booker and she asked him to also Consider Lieutenant Michael Wilson for the Captain, Central District position.

36.    Based on Burks' recommendation, Major Booker gave further consideration to Lieutenant Wilson and subsequently revised his recommendation to include Lieutenant Wilson.

37.    Deputy Chief Burk recommended Lieutenant Wilson for the Captain, Central District position.

38.    Deputy Chief Burks made her recommendation up the chain-of-command to Chief Robert MacLean.

39.    Chief MacLean was the selecting official for the Captain, Central District position.

40.    Chief MacLean is the Agency official responsible for approving any recommendation for a promotion to Captain.

41.    Chief MacLean selected Lieutenant Michael Wilson for the Captain, Central District position.

***Captain, Special Forces, Icon Protection Branch, Homeland Security Division Position***

*("Captain, Special Forces")*

42.     On or about August 14, 2015, USPP issued a vacancy announcement for the Captain, Special Forces position.

43.     The announcement informed eligible candidates how to apply for the anticipated vacancy.  For example, the announcement stated "[a]ny Lieutenant on the current promotion roster (dated January 14, 2013) interested in a possible promotion to this position should email a letter of interest along with his/her last performance appraisal to Ms. Pamela Blyth at Headquarters no later than the close of business (5:00 p.m. EST) on Friday, August 28, 2015."

44.     Plaintiff submitted a letter of interest for the Captain, Special Forces position to Ms. Pamela Blyth.

45.     Plaintiff stated that he "would like this correspondence to serve as [his] official request to be considered for the vacant position of Commander, Special Forces, Icon Protection Branch, Homeland Security Division."

46.     Plaintiff was on the "Well-Qualified" list for a promotion to Captain.

47.     Major Steven Booker was the recommending official for the Captain, Special Forces position.

48.     Major Booker recommended, in order of preference, the following applicants for the Captain, Special Forces position (1) Lieutenant James Murphy; (2) Lieutenant Mark Adamchik; and (3) Lieutenant Michael Wilson.

49.     Major Booker made his recommendation up the chain-of-command to Deputy Chief Jackie Burks.

50.     Deputy Chief Burks and Major Booker discussed his recommendation and she recommended up the chain-of-command Lieutenant Mark Adamchik for the Captain, Special Forces position.

51.     Deputy Chief Burks made her recommendation up the chain-of-command to Chief Robert MacLean.

52.     Chief MacLean was the selecting official for the Captain, Special Forces position.

53.     Chief MacLean focuses on the recommendations made by the chain-of-command when making his selection.

54.     Chief MacLean selected Lieutenant Mark Adamchik for the Captain, Special Forces position.

### *Captain, East District, Patrol Branch, Operations Division Position ("Captain, East District")*

55.     On or about May 18, 2016, USPP issued a vacancy announcement for the Captain, East District position.

56.     The announcement informed eligible candidates how to apply for the anticipated vacancy.  For example, the announcement stated, "[a]ny Lieutenant on the current Captains Promotional Roster, dated August 25, 2014, interested in reassignment to this position should e-mail a letter of interest along with his/her most recent performance appraisal to Ms. Pamela Blyth … no later than the close of business … on May 20, 2016."

57.     Plaintiff submitted a letter of interest for the Captain, East District position to Ms. Pamela Blyth.

58.     Plaintiff stated that he "would like this correspondence to serve as [his] official request to be considered for the vacant position of Commander, Special Forces, Icon Protection Branch, Homeland Security Division."

59.     Plaintiff was on the "Well-Qualified" list for a promotion to Captain.  ROI at 000060.

60.     Major Gregory T. Monahan was the recommending official for the Captain, East District position.  Greg Monahan is now the Acting Chief for the United State Park Police.

61.     Monahan recommended, in order of preference, the following applicants for the Captain, East District position (1) Lieutenant Christopher Stock; (2) Lieutenant Jerry Marshall; and (3) Lieutenant James Murphy.

62.     Monahan made his recommendation up the chain-of-command to Deputy Chief Scott Fear (Deputy Chief Fear recently resigned from the USPP).

63.     Deputy Chief Fear made his recommendation up the chain-of-command to Chief Robert MacLean.

64.     Chief MacLean was the selecting official for the Captain, East District position.

65.     Chief MacLean selected Lieutenant Stock for the Captain, East District position.

### *Assistant Commander, Training Branch/Personnel Security, Training Branch, Services Division ("Assistant Captain, Training Branch")*

66.     On or about May 31, 2016, USPP issued a vacancy announcement for the Assistant Captain, Training Branch position.

67.     The announcement informed eligible candidates how to apply for the anticipated vacancy.  For example, the announcement stated, "[a]ny Lieutenant on the current promotion roster (dated August 25, 2014) interested in a possible promotion to this position should e-mail a letter of interest along with his/her last performance appraisal to Ms. Pamela Blyth pamela_blyth@nps.gov at Headquarters no later than the close of business (5 p.m. EDT) on Tuesday, June 21, 2016."

68.     Plaintiff submitted a letter of interest for the Assistant Captain, Training Branch position to Ms. Pamela Blyth.

69.     In the letter, Plaintiff stated that he "would like this correspondence to serve as [his] official request to be considered for the vacant position of Assistant Commander, Training Branch/Personnel Security, Training Branch, Services Division (WMA)."

70.     Plaintiff was on the "Well-Qualified" list for a promotion to Captain.

71.     Major Richard Pope was the recommending official for the Assistant Captain, Training Branch position.

72.     Major Pope recommended, in order of preference, the following applicants for the Assistant Captain, Training Branch position (1) Lieutenant James Murphy; (2) Lieutenant Brandi Adamchik; and (3) Lieutenant Russ Fennely.

73.     Major Pope made his recommendation up the chain-of-command to Deputy Chief Keith Horton.

74.     Deputy Chief Horton made his recommendation up the chain-of-command to Chief Robert MacLean.

75.     Chief MacLean was the selecting official for the Assistant Captain, Training Branch position.

76.     Chief MacLean selected Lieutenant Murphy for the Assistant Captain, Training Branch position.

### *Captain, East District, Patrol Branch, Operations Division Position*

77.     On or about May 18, 2016, USPP issued a vacancy announcement for the Captain, East District, Patrol Branch, Operations Division position.

78.     However, no recommendation or selection was made, because the Captain, East District, Patrol Branch, Field Operations Division position was filled as the result of a settlement agreement.

COUNT I<br>VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

79.     Plaintiff hereby realleges all of the allegations contained in Paragraphs 1 - 78 of her Complaint.

80.     Defendant has subjected Plaintiff to unequal terms and conditions of employment and harassment due to his race and color as well as in retaliation for his participation in protected activity.

81.     Plaintiff has suffered and continues to suffer harm and damages as a direct and proximate result of Defendant's unlawful actions.

WHEREFORE, Plaintiff respectfully requests that Court:

A.     Enter Judgment in favor of Plaintiff on Count I and award Plaintiff damages, in an amount not less than $300,000.00 as well as such equitable relief as this Court deems necessary;

B.     Award Plaintiff all of his costs and expenses associated with this matter, including reasonable attorneys' fees; and

C.     Grant such other and further relief as this Court deems necessary based upon the facts and circumstances of this case.

Respectfully Submitted,


/s/Neil S. Hyman
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
301-986-1301 (f)
neil@neilhymanlaw.com
*Counsel for Plaintiff*

## **JURY TRIAL**

Plaintiff requests that all matters in this case be tried by a jury.


Respectfully Submitted,


/s/Neil S. Hyman
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
301-986-1301 (f)
neil@neilhymanlaw.com
*Counsel for Plaintiff*