UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHUR L. GAITHER, | |
| *Plaintiff,* | |
| v. | Civil Action No. 20-2672 (EGS) |
| DEBRA HAALAND, Secretary, U.S. Department of the Interior, | |
| *Defendant.* | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Debra Haaland, Secretary of the U.S. Department of Interior, respectfully moves for the entry of summary judgment in her favor. As set forth in the accompanying memorandum, Plaintiff Arthur L. Gaither has failed to demonstrate that he was "significantly better qualified" than the individuals who were selected for the vacancies, and as a result, his claims fail. A separate statement of undisputed material facts, exhibits (with index), and proposed order are also enclosed.

Dated: March 25, 2022                    Respectfully submitted,

MATTHEW M. GRAVES, DC Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, DC Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*