UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARTHUR L. GAITHER,

                *Plaintiff,*

    v.

DEBRA HAALAND, Secretary,
U.S. Department of the Interior,

                *Defendant.*

Civil Action No. 20-2672 (EGS)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, the Memorandum of Points and Authorities in Support of the Motion, the Statement of Material Facts Not in Dispute, and the exhibits thereto, as well as any responses, it is HEREBY ORDERED that:

    1) Defendant's Motion for Summary Judgment is GRANTED; and

    2) This case is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

    SO ORDERED, this _____ day of _____, 202__.


_____
HON. EMMET G. SULLIVAN
United States District Judge